IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JACOB FOX,                                    :
                                              :
            Plaintiff,                        :
                                              :
    v.                                        :  3:20-CV-1998
                                              :  (JUDGE MARIANI)
KEVIN BERRY                                   :
c/o KMB PLUMBING & ELECTRICAL, INC.           :
and TPRSK, LLC d/b/a KMB PLUMBING &           :
ELECTRICAL, INC.,                             :
                                              :
            Defendants.                       :

## ORDER

**AND NOW THIS 8th DAY OF SEPTEMBER 2021,** for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. "Defendants' Motion to Compel Arbitration and Stay Proceedings Pursuant to F.R.C.P. 12(b)(6)" (Doc. 6) is **DENIED WITHOUT PREJUDICE**.

2. The parties shall engage in discovery limited to the issue of whether a valid agreement to arbitrate was entered into by them.

3. The parties shall confer and submit a joint case management plan to the Court on or before **September 24, 2021** setting forth the deadlines for the completion of discovery and for the filing of motions for summary judgment under Federal Rule of Civil Procedure 56 on the question of whether the parties have entered into a valid and enforceable arbitration agreement covering Plaintiff's claims as set forth in his Complaint.

_____
Robert D. Mariani
United States District Judge